IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHAHEED OMAR, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) Case No. 7:13-cv-00298-SGW |
| ANTONIO GARCIA, | ) ) ) |
| *Defendant.* | ) ) |

## DEFENDANT'S MOTION TO DISMISS

Defendant, Antonio Garcia ("Defendant" or "Garcia"), by counsel, hereby moves to dismiss Plaintiff's Complaint, with prejudice, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. In Plaintiff's Complaint, he attempts to allege a claim based upon Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq* ("Title VII"). Plaintiff has failed to establish Title VII subject matter jurisdiction, and similarly failed to state a plausible claim under Title VII. Therefore, for reasons that Defendant will state further in a brief he intends to file in the near future, Defendant respectfully requests that the Court enter an Order dismissing this action with prejudice and granting further relief to Defendant pursuant to applicable law.

Respectfully Submitted,

ANTONIO GARCIA

By: */s/ John R. Thomas, Jr.*
     Of Counsel

Todd A. Leeson (VSB No. 30293)
John R. Thomas, Jr. (VSB No. 75510)
GENTRY LOCKE RAKES & MOORE LLP
800 SunTrust Plaza
P.O. Box 40013
Roanoke, Virginia  24022-0013
(540) 983-9300; Fax: (540) 983-9400
leeson@gentrylocke.com
jthomas@gentrylocke.com
*Counsel for Defendant*

22860/1/6390952v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and sent via U.S. Mail, postage pre-paid, to:

>Shaheed Omar, *pro se*
>608 13th Street, SW, Apt D
>Roanoke, VA 24016

>*/s/ John R. Thomas, Jr.*
>Todd A. Leeson (VSB No. 30293)
>John R. Thomas, Jr. (VSB No. 75510)
>GENTRY LOCKE RAKES & MOORE LLP
>800 SunTrust Plaza
>P.O. Box 40013
>Roanoke, Virginia  24022-0013
>(540) 983-9300
>Fax: (540) 983-9400
>leeson@gentrylocke.com
>jthomas@gentrylocke.com
>*Counsel for Defendant*